C. O. PEAK V. THE STATE.

No. 8904.   Decided October 29, 1924.

No motion for rehearing filed.

**Theft—a Felony.**

There is no statement of fact, nor bills of exception in this case. Affirmed.

Appeal from the District Court of Navarro County. Tried below before the Hon. Hawkins Scarborough, Judge.

Appeal from a conviction of theft; penalty, two years in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for theft, entered under a plea of guilty to a former indictment regularly presented.

Before this court is neither statement of facts nor bills of exception. The procedure appears regular and the conviction legal.

The judgment is affirmed.

*Affirmed.*